1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Jaime Ellen Florman-Goforth

7

8                **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 JAIME ELLEN FLORMAN-            ) Case No.: CV 10-2895 PJW
   GOFORTH,                        )
12                                 ) {PROPOSED} ORDER AWARDING
          Plaintiff,               ) EQUAL ACCESS TO JUSTICE ACT
13                                 ) ATTORNEY FEES AND EXPENSES
        vs.                        ) PURSUANT TO 28 U.S.C. § 2412(d)
14                                 ) AND COSTS PURSUANT TO 28
   MICHAEL J. ASTRUE,              ) U.S.C. § 1920
   Commissioner of Social Security,)
15                                 )
          Defendant                )
16 _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $3,500.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

   DATE:  November 16, 2011
22
                                        _____
23                                      THE HONORABLE PATRICK J. WALSH
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

                                      -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3      /s/ Steven G. Rosales
   _____
4  Steven G. Rosales
   Attorney for plaintiff Jaime Ellen Florman-Goforth
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-